UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY RECINOS,<br><br>                Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE INSURANCE COMMISSIONER, NATIONWIDE GENERAL INSURANCE COMPANY,<br><br>                Defendants. | CASE NO. 3:23-cv-05097-BAT<br><br>**ORDER REQUESTING STATUS OF CONSENT TO A MAGISTRATE JUDGE** |

On February 7, 2023, the Court issued notice that this case has been assigned to United States Magistrate Judge Tsuchida. Dkt. 8. The notice directed the parties to return the form to the Court no later than February 28, 2023, to apprise the Court of whether the parties wish to consent to Judge Tsuchida or wish to decline consent and have the case reassigned to a United States District Judge.

Because Plaintiff has filed numerous motions since February 10, 2023, the Court requests each party to advise Deputy Courtroom Clerk Andy Quach at andy_quach@wawd.uscourts.gov no later than **3:00 pm, Monday, February 13, 2023**, whether the wish to consent or decline consent, by emailing the consent form provided at Dkt. 8. As a reminder, consent to a Magistrate Judge is entirely voluntary, and a party has no obligation to consent to a Magistrate Judge.

ORDER REQUESTING STATUS OF
CONSENT TO A MAGISTRATE JUDGE - 1

Because consent is voluntary, if a party does not respond to this request to submit the consent form by February 13, 2023, the Court will deem that consent has **not** been given in this case and the case will be reassigned to a United States District Judge.

DATED this 10th day of February 2023.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge